**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
-----------------------------------------------------

FANNY R.G.,

                       Plaintiff,                      24 **CIVIL** 5015 (GRJ)

       -against-                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                     Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision & Order dated May 3, 2025, Plaintiff's Motion for Judgment on the Pleadings is DENIED; the Commissioner is GRANTED judgment on the pleadings; and this case is DISMISSED. Judgment is hereby entered for the Commissioner and the case is closed.

**Dated:** New York, New York
          May 5, 2025

                                                 **TAMMI M. HELLWIG**
                                                    **Clerk of Court**

                                **BY:**

                                                        **Deputy Clerk**